UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80043-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

PRESTON ALEXANDER MCWATERS,

        Defendant.
_____/

## NOTICE OF CHANGE OF PLEA HEARING

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for change of plea hearing on **Thursday, June 30, 2016 at 9:00 a.m.** before the Honorable James I. Cohn, United States District Judge, United States Courthouse, 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida.

                                          HONORABLE JAMES I. COHN
                                          UNITED STATES DISTRICT JUDGE

DATED: June 21, 2016             STEVEN M. LARIMORE
                                          COURT ADMINISTRATOR/CLERK OF COURT

                                          By: _____
                                               Valerie Thompkins
                                               Courtroom Deputy Clerk

cc:    Edward Nucci, AUSA
        Adam Fels, AUSA
        Jan Smith, AFPD
        U.S. Marshals
        USPO