UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80043-cr-COHN/SELTZER

UNITED STATES OF AMERICA

vs.

PRESTON ALEXANDER McWATERS,

    Defendant.
_____/

## FACTUAL PROFFER

If this case had proceeded to trial, the United States would have proven, beyond a reasonable doubt, the following:

The Defendant, Preston Alexander McWaters (hereinafter "the Defendant"), met a woman named Devon Kenney when both worked for an Athens, Georgia-area store in 2014. The Defendant and Kenney became friends. Some months later, Ms. Kenney ultimately sought and obtained a protective order from the Georgia Courts prohibiting the Defendant from having contact with her. This order, which remained in effect until March 26, 2016, required that Defendant not have any contact, direct or indirect, with Kenney. Some months later, Kenney moved down to Palm Beach County to pursue a romantic relationship and live with a man living in Palm Beach County, Florida named Eric Mead.

Based on store surveillance footage, the Government can prove that the Defendant purchased a TracFone at an Athens-area Walmart on December 11, 2015, and asked that the TracFone be assigned a 561-area code – the area code for Palm Beach County, Florida. Using the TracFone, the Defendant then created a Twitter account

with the username "EricMead82."  The Defendant chose the numbers "82" because, according to publicly available information, Mead, Kenney's boyfriend, was born in 1982.  This Twitter account was then used to transmit in interstate commerce several hoax bomb threats directed at John I. Leonard High School and the Palm Beach International Airport, both located in Palm Beach County, Florida.  Examples of the postings are as follows: "The bombs at John I. Leonard high school are going to blow soon!!! Merry Christmas you fucking kids!" and "I hope palm beach international airport enjoys the bombs I left for them!".  Given Defendant's failure to use dedicated Twitter addressing symbols such as "@" or "#," none of these Twitter posts were in fact sent to the school or the airport.

The Defendant obtained a publicly-available photograph of the real Eric Mead and transmitted in interstate commerce this photograph along with a post in which he stated: "Fuck yeah.  Gonna blow some shit up! America!"  The Defendant used the TracFone that he had purchased on December 11, 2015, to make the first of these Twitter postings.  Cell site records for the phone demonstrate data usage clustered around the Defendant's house and the Defendant's then-place of employment in Athens, notwithstanding the fact that the phone was assigned to an area code corresponding to Palm Beach County.

Around the same time, the Defendant set up an e-mail account entitled "eml82@usa.com," and used this e-mail address as the address associated with the EricMead82 Twitter account.  The "eml" stands for Eric Mead Lewis, Mead's full name

at the time. On December 30, 2015, the Defendant transmitted in interstate commerce a post on the Palm Beach International Airport website comments page a threat that read "The bombs that I have place at palm beach international airport are going to blow at 9:30 pm New Year's Eve. The clock is ticking... Happy new year fuckers!" When prompted by the comments page for his e-maill address, Defendant entered the eml82@usa.com e-mail address he had created in an effort to frame Mead. Defendant sent the post with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed and where such information indicated that a bombing of a place of public use would take place. In an effort to mask the source of this e-mail, Defendant used a special cellphone application which he had purchased to create an anonymous internet protocol ("IP") address. This application was subsequently found on the Defendant's cellphone when he was arrested, along with a slip of paper containing the Defendant's log-in and password for the application. Defendant would wind up using this IP anonymizing application to mask all of the subsequent e-mails and Facebook and Twitter posts listed below.

On December 31, 2015, the Defendant created another Twitter account, this one with the username "MeadLewis." The Defendant associated this account with an e-mail address he had created called "emead82@usa.com," and later associated this account with a cellphone number belonging to another TracFone that, according to store surveillance footage, he had purchased from the same Athens-area Walmart. The Defendant transmitted in interstate commerce a photograph of Kenney that he had

obtained from Kenney's public Facebook profile and posted a number of graphic and hostile posts about Kenney. On January 2, 2016, Defendant transmitted in interstate commerce the following message: "your [sic] going to fucking die you cunt bitch. I want to hear you scream while I skull fuck you, you psychotic whore!" and used the dedicated Twitter addressing symbol "@" in order to send the post to Kenney's Twitter account. The threat was one that was made under circumstances that would lead a reasonable person to believe that the Defendant intended to injure Kenney. Furthermore, the defendant transmitted the communication for the purpose of issuing a threat or with knowledge that the communication would be viewed as a threat. Finally, these communications represented a violation of the March 26, 2015, protective order.

Shortly thereafter, the Defendant set up a Facebook profile under Mead's name and containing the same photo of Mead used by the Twitter account he had previously set up. On January 4, 2016, the Defendant transmitted in interstate commerce a message to Kenney's Facebook account containing a publicly-available photo of the crime scene at the infamous 1969 Sharon Tate murder at the hands of the Charles Manson family with the following caption: "This is how you are going to die you whore. Alone bloody." The Defendant followed up this message by transmitting in interstate commerce, among other things, a post on January 7, 2016 which read: "I have placed a $20,000 open contract on your head. Enjoy what little time you have left. Whore" and on January 10, 2016: "They are coming to your house in Florida and are going to rape and kill you... You disgusting fuck slut. I've paid them well. Your [sic]

gonna suffer." As with the Twitter threats, these Facebook threats were made under circumstances that would lead a reasonable person to believe that the Defendant intended to injure Kenney. Furthermore, the defendant transmitted the communication for the purpose of issuing a threat or with knowledge that the communication would be viewed as a threat. Finally, these communications represented a violation of the March 26, 2015, protective order.

On January 12, 2016, the Defendant returned to the EricMead82 Twitter account to transmit in interstate commerce the following post: "I'm going to blow up the West palm beach hospital 2201 45th St West Palm Beach, FL 33407 bombs will blow at 6pm on 01/14/16." Defendant did so with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed and where such information indicated that a bombing of a place of public use would take place.

On January 27, 2016, Defendant used yet another Mead-themed e-mail address he had created entitled "emead82@usa.com" to transmit in interstate commerce an e-mail to a company named Kimley Horn in West Palm Beach, Florida. Defendant chose this company because he knew, from publicly-available information, that Mead worked at Kimley Horn. The January 27, 2016, e-mail read: "I have placed several pounds of c4 plastic explosive at one of your offices. 1920 Wekiva Way Suite 200 West Palm Beach, Fl 33411 If you do not comply with my demands then I will detonate the bombs and bring your building to the ground with everyone inside. I want $500,000 deliver [sic] to the

5

address [redacted] in greenacres, Florida 33415. You have 24 hours to comply. If you call the cops or any other funny business then you will cost a lot of lives. Don't do anything stupid or else...Kaboom!!!" Defendant chose the Greenacres, Florida address because he had learned, from publicly-available information, that Mead lived at this address. This e-mail resulted in the evacuation of a multi-story building which housed many businesses and employees. The City of West Palm Beach Police Department and Fire Department responded and searched the office building, but nothing was found. Defendant sent this e-mail with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed and where such information indicated that a bombing of a place of public use would take place.

On February 2, 2016, Defendant, using the same emead82@usa.com e-mail address, transmitted in interstate commerce the following e-mail to the principal of Jupiter High School in Palm Beach County: "I have placed several bombs at your school. They are set to blow at 2:30 pm on Wednesday 02/03/16. You will all die unless you do as I say. If you call the cops then I will have my friends come to you house and they will kill your family.". Once this e-mail was received, the decision was made to evacuate the school and summon approximately two dozen law enforcement officers responded to search the school. The school principal also made arrangements to have the police go to his own children's schools and pull them out of their classes to ensure their safety.

Defendant sent this e-mail with the intent to convey false and misleading

information, under circumstances where such information may reasonably be believed and where such information indicated that a bombing of a place of public use would take place. The threats on the school principal's family were made under circumstances that would lead a reasonable person to believe that the Defendant intended to injure the school principal's family. Furthermore, the defendant transmitted the communication for the purpose of issuing a threat or with knowledge that the communication would be viewed as a threat. Defendant sent a follow-up email the next day stating that the prior day's e-mail had been a hoax and that the Defendant was laughing at the police.

On February 7, 2016, Defendant, again using the emead82@usa.com account, transmitted in interstate commerce the following e-mail to the principal of John I. Leonard High School, located in Greenacres, Florida: "I have placed 5 bombs containing c4 throughout John I. Leonard high. I will detonate the bombs at 1pm on 02/08/16 unless you deliver $500,000 In cash the [sic] the address below. If you do not comply within that time, then I will detonate the bombs and people WILL die. You have my demands. Make the smart choice and don't get innocent people killed by informing the police." Defendant concluded the e-mail by attaching Mead's Greenacres, Florida address, the same address he had included in the hoax and threat to the Jupiter High principal. While this threat did not result in the evacuation of the school, several police officers and other law enforcement personnel were dispatched to the school to search for bombs. Defendant sent this e-mail with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed

and where such information indicated that a bombing of a place of public use would take place.

On February 17, 2016, Defendant used a different e-mail address, nightshade@engineer.com, to transmit in interstate commerce the following e-mail, again to the principal of Jupiter High School: "We have placed 10 pounds of C4 plastic explosive around the interior of Jupiter community high school. If you do not bring $10,000,000.00 in cash to [address redacted] Jupiter, Fl 33458 by 12pm on Friday, then we will blow up your school and everyone inside. This is not a negotiable term. Don't be heroes and get people killed. Bring the cash and your school will be spared the blood of infidels. Allah Akbar." Defendant had learned from publicly-available information that the Jupiter, Florida address provided in the email was the then-current home address of Mead and Kenney. Defendant sent this e-mail with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed and where such information indicated that a bombing of a place of public use would take place.

On March 4, 2016, Defendant used the e-mail address DevonKenney94@mail.com to transmit in interstate commerce the following e-mail the principal of Beacon Cove Intermediate School in Palm Beach County: "We have placed 13 chemical weapons throughout your facilities. They will detonate at 10:30 a.m. March 7, 2016 if you do not comply with our demands and bring $20,000,000.00 to [address redacted] Jupiter, FL 33458 by the time of detonation. If you even try to contact the

authorities and alert them to the situation then we will detonate the weapons early and everyone of your students will die. You have 4 days. Do not fuck with us! We are watching you "L.B. [full named redacted]" and your family." Defendant used the same Jupiter address in he had used in the February 17, 2016 e-mail, the then-current home address of Mead and Kenney. Defendant also knew that Kenney had been born in 1994, and crafted the DevonKenney94@mail.com e-mail address to reflect that fact. While this e-mail did not result in the evacuation of the school, several police officers and other law enforcement personnel were dispatched to the school to search for bombs, and the principal was genuinely concerned for both her and her family's safety. Defendant sent this e-mail with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed and where such information indicated that a bombing of a place of public use would take place. The threats on the school principal's family were made under circumstances that would lead a reasonable person to believe that the Defendant intended to injure the school principal's family. Furthermore, the defendant transmitted the communication for the purpose of issuing a threat or with knowledge that the communication would be viewed as a threat.

Finally, on March 7, 2016, Defendant used the same DevonKenney94@mail.com e-mail address to transmit in interstate commerce the following e-mail to the assistant principal of Palm Beach Central High School in Palm Beach County: "We have placed 13 chemical weapons throughout Palm Beach Central High School facilities. They will

detonate at 10:30 am March 10, 2016 if you do not comply with our demands and bring $20,000,000.00 American to "[address redacted] Jupiter, FL 33458" by the time of detonation. You have 3 days to bring the money. Do not fuck with us! We are watching you "L. D. [full name redacted]" and YOUR FAMILY. Comply with our demands and no harm will be done." Defendant used the same Jupiter address in he had used in the February 17, 2016 e-mail, the then-current home address of Mead and Kenney. While this e-mail did not result in the evacuation of the school, several police officers and other law enforcement personnel were dispatched to the school to search for bombs, and the assistant principal was genuinely concerned for both her and her family's safety. Defendant sent this e-mail with the intent to convey false and misleading information, under circumstances where such information may reasonably be believed and where such information indicated that a bombing of a place of public use would take place. The threats on the assistant principal's family were made under circumstances that would lead a reasonable person to believe that the Defendant intended to injure the assistant principal's family. Furthermore, the defendant transmitted the communication for the purpose of issuing a threat or with knowledge that the communication would be viewed as a threat.

This proffer does not contain all information known by the Government but contains sufficient evidence to prove the elements of the crimes to which Defendant is

pleading guilty.

                                                WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 7-13-16     By:     _____
ADAM FELS
ASSISTANT UNITED STATES ATTORNEY

Date: 7/13/16            _____
JAN SMITH, Assistant Federal Public Defender
ATTORNEY FOR DEFENDANT

Date: 7/13/16            _____
PRESTON ALEXANDER McWATERS
DEFENDANT

11