IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.:16-80043-CR-COHN

  Plaintiff,

vs.

PRESTON ALEXANDER McWATERS,

  Defendant,
_____ /

**DEFENDANT PRESTON ALEXANDER McWATERS'**
**MOTION FOR COURT RECOMMENDATION FOR THE 500 RDAP[1] PROGRAM**

  COMES NOW, PRESTON ALEXANDER McWATERS ("Mr. McWATERS") by and through undersigned counsel who respectfully files this Motion For Court Recommendation for the 500 RDAP ("*Residential Drug and Alcohol Program*) Program, and in support thereof Mr. McWATERS states as follows:

  1. Mr. McWATERS was sentenced on November 29, 2017.  On that occasion undersigned counsel inadvertently neglected to request that the Court recommend to the Bureau of Prisons ("BOP") that Mr. McWaters be considered for admission into the 500 RDAP Program.  As such, the Judgement entered on November 29, 2016 does not contain said recommendation. (DE:50).

---

[1] Residential Drug and Alcohol Program within the Bureau of Prisons

**HALEY & JHONES, P.A.**
**9100 S. Dadeland Boulevard, Suite 1500, Miami, FL  33156     (305) 661-4637**

Page 2
USA v. Preston Alexander McWaters, Case Number: 16-80043-CR-COHN
*Defendant Preston Alexander Mcwaters' Motion for Court Recommendation for the 500 RDAP Program*

2. Mr. McWaters has a history of alcohol abuse. Moreover, there is a documented history of alcohol abuse in the family. Finally, Mr. McWaters was administered testing and found to have a "significant elevation on the Alcohol Abuse Scale"[2]. Based on the results of the test administered, it was found that Mr. McWaters has an Alcohol Use Disorder in accordance with the DSM-5. Therefore, as part of the recommendations made by Dr. Brannon, alcohol treatment was chief among those recommendations.

3. The ramifications of alcohol abuse left untreated, especially in the context of Mr. McWater's history, cannot be overstated. Notwithstanding this reality, Mr. Adam Fels, Assistant U.S. Attorney, co-counsel for the Government, has indicated that he objects to this recommendation. Mr. Fels indicated (1) that the PSI insufficiently references any alcohol abuse issue, (2) that Mr. McWaters denied any use of alcohol and (3) that Dr. Brannon's report contradicts the self reporting made by Mr. McWaters. Mr. Fels' concern regarding Mr. McWaters perceived denial is consistent with Dr. Brannon's testimony regarding Mr. McWaters propensity for under reporting symptoms, especially, those symptoms that would result in beneficial treatment on his behalf. As the Court (and the Government) is aware, most inmates fake drug and alcohol problems just so that can be placed in the program.

---

[2]The details of this test and the testimony regarding same were presented at the sentencing hearing of this matter.

**HALEY & JHONES, P.A.**
**9100 S. Dadeland Boulevard, Suite 1500, Miami, FL 33156   (305) 661-4637**

Page 3
USA v. Preston Alexander McWaters, Case Number: 16-80043-CR-COHN
*Defendant Preston Alexander Mcwaters' Motion for Court Recommendation for the 500 RDAP Program*

4. Given the nature of this issue and the testimony, undersigned counsel does not think it appropriate to elaborate on the facts concerning this issue via a motion. As such, should the Court have any reservation about whether Mr. McWaters qualifies for the RDAP program, it is respectfully requested that a hearing be held on this issue. Counsel requested that Dr. Brannon's report be made part of the PSI. As such, the BOP shall have documentation that would support a finding.

5. The BOP has the following requirements in order for a Defendant to qualify for admission into the RDAP Program:

a. Have a documented and verifiable substance abuse disorder consistent with the American psychiatric Association per the DSM:

b. Disorder must be within the 12-month prior to arrest;

c. Sign program agreement'

d. Be able to complete all three components of the program

e. Ordinarily have at least 24 months remaining on sentence. (See Attached Exhibit A).

WHEREFORE, based upon all of the foregoing Mr. McWATERS most respectfully requests that this Honorable Court enter an Order Recommending to the BOP that Mr.

**HALEY & JHONES, P.A.**
9100 S. Dadeland Boulevard, Suite 1500, Miami, FL  33156     (305) 661-4637

**Page 4**
**USA v. Preston Alexander McWaters, Case Number: 16-80043-CR-COHN**
*Defendant Preston Alexander Mcwaters' Motion for Court Recommendation for the 500 RDAP Program*

McWaters receive the 500 Hour RDAP Program, alternatively, Mr. McWaters would request that a hearing be held on this issue.

  I HEREBY CERTIFY that a copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and via e-mail to all co-counsel of record on this  6th  day of December  2016.

                RESPECTFULLY SUBMITTED,

                ANA M. JHONES, Esq.
                Haley & Jhones, P.A.
                9100 S. Dadeland Boulevard, Suite 1500
                Miami FL 33156
                Telephone: (305) 661-4637
                Facsimile:  (305) 661-4640

         BY: */s/ Ana Maria Jhones*
            Florida Bar #771170

MC/P:\LITIGATION I\AMJ\4847.1 McWaters, Preston\Pleadings\Unopposed Motion For Court Recommendation of RDAP Program.wpd